(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)



## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

Unique I. Allen-Moore

    Plaintiff(s)

Case No.

# 1:26CV007

vs.

Consolidated Cleaners of Cincinnati, LLC

    Defendants(s)

(DIBA Tide Cleaners)

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?                    Yes_____        No ✗

  A. If you answered "Yes":

    (1) What is the name and address of your employer

    _____

    _____

    (2) How much do you earn per month?

    _____

  B. If you answered "No"

    (1) Have you ever been employed?        Yes ✗        No_____

    If yes, what was the last year and month you were

    employed? Tide Cleaners _____

    How much did you earn a month? $3,060 _____

II. What is your marital status?

  Single ✓        Married_____        Widowed_____        Divorced_____

  A. If you answered "Married":

    (1) Is your spouse employed?  Yes_____        No_____

    If yes, how much does your spouse earn each month?

    $_____

III. Do you have any dependents?        Yes_____        No ✗

  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?        Yes_____        No ✗

  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
|        | $      |        | $      |
|        | $      |        | $      |
|        | $      |        | $      |

V. Do you have any cash on hand or money in a savings, checking, or other account?

       Yes_____       No X

  A. If you answered "Yes", state the combined total amount:

    $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?

       Yes_____       No X

  A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|----------|-------|----------|-------|
|          | $     |          | $     |
|          | $     |          | $     |
|          | $     |          | $     |
|          | $     |          | $     |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|----------|-------------|----------|-------------|
|          | $           |          | $           |
|          | $           |          | $           |
|          | $           |          | $           |
|          | $           |          | $           |

VIII. State your address and telephone number where the Court can reach you.

I declare under penalty of perjury that the above information is true and correct.

1/5/25
Date

_____
Signature of Applicant

-3-